UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-60807-CIV-HUCK/O'SULLIVAN

PAMELA DANSHAW[1],
    Plaintiff,

vs.

OCEAN MACHINERY, INC., a
Florida Corporation
    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

THIS MATTER came before the Court following notice that the parties reached a settlement and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

---

[1] The plaintiff has notified the Court that her name is misspelled on the docket.  The correct spelling is Pamela Dashnau.  Counsel will be filing a notice to this effect.

In this case, the plaintiff is being compensated in full for the hours worked. The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the agreement reached by the parties is a fair and reasonable resolution of the plaintiff's claims. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement (including attorney's fees and costs) is hereby APPROVED.

**DONE AND ORDERED** in Chambers at Miami, Florida this **14th** day of July, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record